AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:23-mj-00104 |
| Joshua Hall | ) Assigned To : Faruqui, Zia M. |
| | ) Assign. Date : 5/18/2023 |
| | ) Description: Complaint W/ Arrest Warrant |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)  Joshua Hall,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct on Capitol Grounds.

Date: 05/18/2023

2023.05.18
12:13:43
-04'00'

Issuing officer's signature

City and state: Washington, D.C.        Zia M. Faruqui, U.S. Magistrate Judge
Printed name and title

### Return

This warrant was received on (date) 5/18/2023, and the person was arrested on (date) 5/26/2023
at (city and state) Sanford, NC.

Date: 5/26/2023

Arresting officer's signature

SA Pete Hines
Printed name and title