AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| United States | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23mj104-ZMF-1 |
| Joshua Hall | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Joshua Hall

Date: 06/08/2023

*Attorney's signature*

Ira Knight, NC #43817
*Printed name and bar number*

301 N. Elm Street, Suite 410
Greensboro, North Carolina 27401

*Address*

ira_knight@fd.org
*E-mail address*

(336) 333-5468
*Telephone number*

*FAX number*