UNITED STATES DISTRICT COURT
District of Columbia (Washington, DC)

No. 1:23-MJ-00104-ZMF-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | |
| ) | **NOTICE OF APPEARANCE** |
| JOSHUA HALL,  ) | |
| ) | |
| Defendant.  ) | |

PLEASE TAKE NOTICE that Christian E. Dysart, partner at Dysart Willis, whose office address and telephone number appear below, hereby enters an appearance in the above-captioned case as retained counsel for Defendant, Joshua Hall. Defendant requests that all notices, pleadings, correspondence, or other papers or items to be served in this case be directed to the undersigned for Defendant.

Respectfully submitted, the 16th day of June, 2023.

      DYSART WILLIS

    By: /s/ Christian E. Dysart
      CHRISTIAN E. DYSART
      N.C. State Bar No. 36734
      E-mail: christian@dysartwillis.com
      530 Hillsborough Street, Suite 200
      Raleigh, NC 27603
      Telephone: (919) 747-8380
      Facsimile: (919) 882-1222
      *RETAINED ATTORNEY FOR*
      *DEFENDANT*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing **NOTICE OF APPEARANCE** was served upon counsel of record with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following counsel of record:

>Anna Krasinski
>United States Attorney's Office
>53 Pleasant Street
>Suite 4th Floor
>Concord, New Hampshire  03301
>Phone:  (603) 225-1552
>Email:  anna.krasinski@usdoj.gov

This, the 16th day of June, 2023.

>>DYSART WILLIS
>>
>>By:  /s/ Christian E. Dysart
>>CHRISTIAN E. DYSART
>>N.C. State Bar No. 36734
>>E-mail: christian@dysartwillis.com
>>530 Hillsborough Street, Suite 200
>>Raleigh, NC 27603
>>Telephone: (919) 747-8380
>>Facsimile: (919) 882-1222
>>*RETAINED ATTORNEY FOR DEFENDANT*