IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | Case No. 23-mj-00104 |
| ) | |
| JOSHUA HALL ) | |

## **ORDER**

This matter came on to be heard upon motion of the Office of the Federal Public Defender seeking leave to withdraw as counsel of record for the Defendant. For good cause shown, the Court concludes that the Office of the Federal Public Defender should be granted an order allowing it to withdraw as counsel of record for the Defendant.

NOW, THEREFORE, it is hereby ordered that the motion to withdraw filed by the Office of the Federal Public Defender is granted and that the Office of the Federal Public Defender is hereby relieved of all further obligations in this matter.

IT IS SO ORDERED.

Date: June 21, 2023

_____
MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE